**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADRIAN RAY-DURAN, AKA Adrian Duran Ray,<br><br>          Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>          Respondent. | No. 13-70301<br><br>Agency No. A200-870-037<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2015[**]

Before:    LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Adrian Ray-Duran, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") order of removal. We dismiss the petition for

review.

---

      [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

      [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The BIA did not err in determining that Ray-Duran waived any challenge to the IJ's determination that Ray-Duran was subject to the heightened standard of hardship for a waiver of inadmissability under 8 U.S.C. § 1182(h).  Accordingly, we lack jurisdiction to consider Ray-Duran's contentions regarding the IJ's determination that Ray-Duran was subject to the heightened standard of hardship, because he failed to raise the issue with the BIA and therefore failed to exhaust his administrative remedies.  *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**

13-70301